**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:     John C. Atkin, Esq.
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.:  (973) 285-3239
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.35.153.139,<br><br>                    Defendant. | Civil Action No. 2:18-cv-14128-WJM-MF<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION OF COUNSEL**<br><br>*Filed Electronically* |

**TO:    THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that John C. Atkin, Esq., counsel for Plaintiff Strike 3 Holdings, LLC, formerly associated with the firm Fox Rothschild, LLP, has changed firm affiliation.  Mr. Atkin is now with The Atkin Firm, LLC, and, as indicated below, his contact information has changed.  Please take notice of this change and update his email address for purposes of ECF notification:

> John C. Atkin, Esq.
> The Atkin Firm, LLC
> 55 Madison Avenue, Ste. 400
> Morristown, NJ 07960
> Tel.:  (973) 285-3239
> JAtkin@atkinfirm.com

Dated: April 12, 2019              By:     */s/ John C. Atkin*
                                                   JOHN C. ATKIN, ESQ.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, I caused a copy of the foregoing Notice of Change of Firm Affiliation of Counsel to be served upon all counsel of record via CM/ECF.  I certify that the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

Dated:  April 12, 2019                                  */s/ John C. Atkin*
                                                            JOHN C. ATKIN, ESQ.