**Exhibit A to the Complaint**

**Location:** Livingston, NJ  
**Total Works Infringed:** 32  
**IP Address:** 108.35.153.139  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4237D3A3CC813F67439A814685D204E38B731118 | Vixen | 07/18/2018 02:42:49 | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 2 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/19/2018 23:09:28 | 07/19/2018 | 09/01/2018 | 16920689708 |
| 3 | 197ABAC97B3D210369FA6D08682C7312D58A5743 | Blacked | 07/07/2018 02:18:54 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 4 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 06/06/2018 15:44:47 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 5 | 21D171DF7EFFBC46E8986EE3848E3B5A4E4C26AB | Tushy | 08/15/2018 15:29:37 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 6 | 245E7595EAF9BD032DBBCC7121C46D91F6011AA6 | Tushy | 07/11/2018 20:34:15 | 06/05/2018 | 06/30/2018 | 16761912618 |
| 7 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | Tushy | 07/26/2018 23:44:04 | 07/25/2018 | 09/01/2018 | 16920689471 |
| 8 | 2BB294011649FDDB07A8B97BE5A6645AC16FF6E8 | Vixen | 08/06/2018 12:17:39 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 9 | 2FB77FD5F414A077B6A9ABBD094E60D60C18311D | Blacked | 06/06/2018 15:36:48 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 10 | 3237B66E5E5FB408BD729F97F2EEFC14A86E98C6 | Tushy | 06/27/2018 21:11:01 | 06/25/2018 | 07/15/2018 | 16822264279 |
| 11 | 3B7D74C183523D3A8AA2E1EB60D28387ED46BF11 | Tushy | 08/13/2018 18:22:19 | 08/09/2018 | 09/01/2018 | 16920689855 |
| 12 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | Blacked Raw | 06/22/2018 21:09:36 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 13 | 5276AA353AF0E85CBAF9386EBD9DE0D312F857C1 | Blacked | 07/04/2018 19:49:47 | 07/04/2018 | 07/15/2018 | 16822264526 |
| 14 | 53B63347AEFFE36C5758F862EBE76328D5C53544 | Blacked | 07/02/2018 12:59:20 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 15 | 54DB964FF0380049DF191198925EFE7D2B6DFF65 | Blacked | 06/06/2018 15:46:13 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 16 | 5C129E1870A36D3B353ED0950B4E7BD485B3DA50 | Tushy | 06/21/2018 19:39:35 | 02/15/2018 | 03/02/2018 | PA0002104881 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5 | Blacked | 06/05/2018 19:31:22 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 18 | 84AACBC9CFE62E91C235F4812049D494261798A9 | Blacked Raw | 06/06/2018 15:52:17 | 05/17/2018 | 05/19/2018 | 16665887918 |
| 19 | 85D5FBF147E9471F935771CE52471E3036270454 | Tushy | 06/05/2018 19:50:16 | 05/26/2018 | 06/30/2018 | 16758501472 |
| 20 | 88CC37185550B7F47C66918862B844C8056F3C00 | Tushy | 07/07/2018 02:36:10 | 07/05/2018 | 07/15/2018 | 16822146372 |
| 21 | 943C5CEE96C0DCE943083F1B48258DF10C5EE089 | Vixen | 06/22/2018 14:38:04 | 05/09/2018 | 05/19/2018 | 16665888184 |
| 22 | 9F02218C1488544F43D1FED807CB4B40D368A4BA | Blacked | 06/05/2018 19:42:32 | 05/30/2018 | 06/30/2018 | 16758569284 |
| 23 | A62630310E9B12C6ECA5DE42C0B4737F82C500C3 | Blacked | 07/26/2018 20:18:34 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 24 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | Tushy | 08/06/2018 13:19:52 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 25 | CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365 | Blacked | 07/11/2018 20:42:55 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 26 | D0944B3B26CD699C8CBD1F29C33DEB31C4958BA0 | Blacked | 06/13/2018 01:18:06 | 05/15/2018 | 05/19/2018 | 16665888065 |
| 27 | D7D96219F75CB298E2C1029F953017860E5C1004 | Blacked | 06/20/2018 03:24:55 | 06/19/2018 | 06/30/2018 | 16758501621 |
| 28 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | Blacked Raw | 07/07/2018 02:43:36 | 06/26/2018 | 07/15/2018 | 16822264368 |
| 29 | F4D451D280EA3EFD522634DAD50CA43E70707840 | Blacked Raw | 08/06/2018 14:54:06 | 07/31/2018 | 09/01/2018 | 16920689659 |
| 30 | FC6C3F4348C53D3DC1DDD5949FAF4EB3399C6363 | Tushy | 06/13/2018 01:23:07 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 31 | FD94F66DD045FAE1B735ACF2E56118445ECDB9B6 | Blacked | 06/05/2018 19:45:03 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 32 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | Blacked Raw | 07/23/2018 19:17:43 | 07/21/2018 | 09/01/2018 | PA0002119592 |