**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:    John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>YEE MOY a/k/a EDDIE MOY,<br><br>Defendant. | Case No. 2:18-cv-14128-WJM-MF<br><br>**NOTICE OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE** |

**TO:   Yee Moy**
**63 E Cedar Street**
**Livingston, NJ 07039**

**PLEASE TAKE NOTICE** that on May 20, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") will move before the Honorable Mark Falk, U.S.M.J., of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for

an Order granting an extension of time within in which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(d)(4), Plaintiff states that no brief is necessary because Plaintiff will rely upon the Certification of John C. Atkin, Esq., to show good cause for the lack of service to date, submitted herewith; any reply papers in support of this Motion; and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted herewith for the Court's consideration.

DATED: April 22, 2019                    Respectfully submitted,

**THE ATKIN FIRM, LLC**

*Attorneys for Plaintiff,*
*Strike 3 Holdings, LLC*

By:   */s/ John C. Atkin, Esq.*
      JOHN C. ATKIN