**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:    John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>YEE MOY a/k/a EDDIE MOY,<br><br>                    Defendant. | Case No. 2:18-cv-14128-WJM-MF<br><br>**CERTIFICATE OF SERVICE**<br><br>*Document Filed Electronically* |

**JOHN C. ATKIN,** hereby certifies as follows:

1.    I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2.    I hereby certify that on the below date, I caused a copy of Plaintiff's Notice of Motion for an extension of time within in which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m); Certification of John C. Atkin, Esq.; a proposed form of Order; and this certificate

of service, to be served upon Defendant via UPS and First Class Mail at the following address:

>Yee Moy
>63 E. Cedar Street
>Livingston, NJ 07039

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

Dated: April 22, 2019						Respectfully submitted,

**THE ATKIN FIRM, LLC**

*Attorneys for Plaintiff,*
*Strike 3 Holdings, LLC*

/s/  *John C. Atkin*
John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com