AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, FIRST AMENDED COMPLAINT, CERTIFICATIONS, CIVIL COVER SHEET, EXHIBITS |
| EFFECTED (1) BY ME: | DAVID TORRES |
| TITLE: | PROCESS SERVER |
| | DATE: 5/24/2019 7:47:41 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

YEE MOY (EDDIE MOY)

Place where served:

63 E. CEDAR STREET   LIVINGSTON  NJ  07039

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

YEE MOY (EDDIE MOY)

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: ASIAN   HAIR: SALTPEP   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5/24/2019

SIGNATURE OF DAVID TORRES
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

JOYCE BONACCOLTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires May 19, 2021

| | |
|---|---|
| ATTORNEY: | JOHN C. ATKIN, ESQ. |
| PLAINTIFF: | STRIKE 3 HOLDINGS, LLC |
| DEFENDANT: | YEE MOY A/K/A EDDIE MOY |
| VENUE: | DISTRICT |
| DOCKET: | 2 18 CV 14128 WJM MF |
| COMMENT: | |